UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

Eastern District of Kentucky
**FILED**
OCT 18 2005
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 2005-66

KIM HOUSEMAN                                         PLAINTIFF

VS.                      JUDGMENT

DPI FOOD PRODUCTS, INC.                              DEFENDANT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, and the court being advised,

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss (Doc. #5) is **granted** and that this action be, and it is, hereby **dismissed without prejudice,** and **stricken** from the docket of this court.

This 18th day of October, 2005.

*[signature]*
WILLIAM O. BERTELSMAN, JUDGE